UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The United States of America, Plaintiff

-against-

1:07-cr-00804-SWK

Silvestre Rico Beltran, Defendant

ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION

Upon the oral motion of Carlos A. García, attorney for Silvestre Rico Beltran and said sponsor attorney's affidavit declaration that applicant Carlos A. Garcia is a member in good standing of the bar(s) of the state(s) of Texas; and that applicant's contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Carlos A. García |
| Firm Name: | The Law Office of Carlos A. García |
| Address: | 1305 East Griffin Parkway |
| City/State/Zip: | Mission, Texas 78572 |
| Telephone/Fax: | (956)584-1448 / (956)584-7402 |
| Email Address: | email@thegarciafirm.com |

said applicant having requested admission pro hac vice to appear for all purposes as counsel for Silvestre Rico Beltran in the above entitled action;

**IT IS HEREBY ORDERED** that Carlos A. Garcia, is admitted to practice pro hac vice as counsel for Silvestre Rico Beltran in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: 9/26/07

City/State: New York, NY

United States District/Magistrate Judge:

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
SOUTHERN DISTRICT OF TEXAS §
§

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Carlos Andres Garcia**, Federal Bar No. **589236**, was duly admitted to practice in said Court on August 5, 2005, and is in good standing as a member of the bar of said Court.

Dated  September 21, 2007   at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _____
Shannon Jones
Attorney Admissions Deputy Clerk

