IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**        *

**V.**                              *           1:07-cr-00804-SWK

**SILVESTRE RICO BELTRAN**          *

### APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Carlos A. García and hereby files this appearance as attorney of record for SILVESTRE RICO BELTRAN, Defendant. SILVESTRE RICO BELTRAN has retained Carlos A. García, and he consents to Carlos A. García's appearance as attorney of record in this cause.

Respectfully submitted,

By: /s/ Carlos A. Garcia
Carlos A. García
Attorney-in-charge
State Bar No. 24048934
Southern District of Texas Bar No.: 589236
1305 East Griffin Parkway
Mission, Texas 78572
Tel. (956) 584-1448
Fax: (956) 584-7402