# THE LAW OFFICE
## OF
# CARLOS A. GARCÍA

1305 EAST GRIFFIN PARKWAY MISSION, TEXAS 78572   TEL. (956) 584-1448   FAX (956) 584-7402

## MEMO

**TO:** TO THE HONORABLE JUDGE RICHARD J. SULLIVAN

**FROM:** MR. CARLOS A. GARCIA

**DATE:** DECEMBER 10, 2007

**SUBJECT:** 1:07-cr-00804-SWK
USA vs. SILVESTRE RICO BELTRAN AND CARLOS PENA ONTIVEROS

---

      Now come Defendants, Silvestre Rico Beltran and Carlos Pena Ontiveros and request this Court grant their unopposed Motion for Continuance of Oral Arguments, currently set for January 14, 2007. Defendants respectfully move this Court for such extension as Defendant, Silvestre Rico Beltran's attorney is set for a jury trial in Marion, Illinois in People of Illinois v. Magdaleno Valdez, Cause No. 2007CF143 for that date. Defendants have conferred with Assistant United States Attorney in charge, Brendan R. McGuire and he is unopposed. All parties involved would respectfully ask the Court consider a date for late February 2008.

      Defendants pray this Honorable Court in all things GRANTS their Motion for Continuance of Oral Arguments.

Sincerely,

\_\_/s/ Carlos A. Garcia_____
Carlos A. García, Attorney


\_\_/s/ Cristobal M. Galindo_____
Cristobal Galindo, Attorney