IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | 1:07-cr-00804-SWK |
| | § | |
| **SILVESTRE RICO BELTRAN,** | § | |
| **Defendant** | § | |

_____

### ORDER ON DEFENDANT'S
### UNOPPOSED MOTION FOR CONTINUANCE
_____

On the _____ day of _____, 200__ came on to be heard Defendant's Motion for Continuance, having considered the same, this Court is of the opinion that it should be in all things _____.

**IT IS THEREFORE ORDERED,** that the Hearing date previously set for January 14, 2008 at 8:30 a.m. be moved to the ____ day of _____, 200___ at _____ a.m.

**SIGNED** on this the _____ day of _____, 200__.

_____
**UNITED STATES DISTRICT JUDGE**