IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | 1:07-cr-00804-SWK |
| | § | |
| **SILVESTRE RICO BELTRAN,** | § | |
| **Defendant** | § | |

_____

**MEMORANDUM**
_____

**TO THE HONORABLE JUDGE OF SAID COURT:**

      Please find Defendant, Silvestre Rico Beltran's Sworn Affidavit attached hereto as requested on December 3rd by this Honorable Court.

      Respectfully submitted,

By: ___/s/  Carlos A. Garcia_____.
   Carlos A. García
   Attorney-in-charge
   State Bar No. 24048934
   Southern District of Texas Bar No.: 589236
   1305 East Griffin Parkway
   Mission, Texas 78572
   Tel. (956) 584-1448
   Fax: (956) 584-7402