IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, **Plaintiff** | § § § | |
| v. | § § | 1:07-cr-00804-SWK |
| SILVESTRE RICO BELTRAN, Defendant | § § § | |

_____

**MEMORANDUM**
_____

**TO THE HONORABLE JUDGE OF SAID COURT:**

    Please find Defendant, Silvestre Rico Beltran's Supplemental Brief in Support of his Motion to Suppress Evidence attached hereto as requested on December 3rd by this Honorable Court.

    Respectfully submitted,

By:  /s/ Carlos A. Garcia            .
    Carlos A. García
    Attorney-in-charge
    State Bar No. 24048934
    Southern District of Texas Bar No.: 589236
    1305 East Griffin Parkway
    Mission, Texas 78572
    Tel. (956) 584-1448
    Fax: (956) 584-7402