UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

UNITED STATES OF AMERICA

v.

CARLOS PENA ONTIVEROS, and
SILVESTRE RICO BELTRAN,

Defendants.

**NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION
07 Cr. 804 (RJS)**

TO:   Clerk of Court
      United States District Court
      Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                Southern District of New York

                          By:   /s/
                                Michael Q. English
                                Assistant United States Attorney
                                (212) 637-2594
                                Michael.English@usdoj.gov

TO:  Carlos A. Garcia, Esq.
     Cristobal M. Galindo, Esq.