IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** § | | |
| **Plaintiff** § | | |
| § | | |
| **v.** § | 1:07-cr-00804-SWK | |
| § | | |
| **SILVESTRE RICO BELTRAN,** § | | |
| **Defendant** § | | |

_____

### UNOPPOSED MOTION FOR CONTINUANCE
_____

TO THE HONORABLE JUDGE:

    COMES NOW, SILVESTRE RICO BELTRAN, the Defendant by and through his attorney of record, Carlos A. García, and moves this Honorable Court to continue his Oral Arguments Hearing date and shows unto the Court as follows:

I.

    Defendant, SILVESTRE RICO BELTRAN is set for Oral Arguments Hearing on January 14, 2008, at 8:30 A.M.

II.

    Defendant is requesting this continuance for the reason that Defendant's Attorney has prior court settings for March 4, 2008 in McAllen, Texas for the following cases: United States of America vs. Israel Carmenate Case Number M-07-5810-M and United States of America vs. Jorge Luis Hernandez Cause No. M-06-1114.

    This Motion for Continuance is not made for purposes of delay, but that justice may be done.

    WHEREFORE PREMISES CONSIDERED, Defendant, SILVESTRE RICO BELTRAN respectfully requests that the Court grant his Motion for Continuance and reset his Hearing date.

Respectfully Submitted,


By:___/s/ Carlos A. García_____
    Carlos A. García
    State Bar No. 24048934
    Southern District of Texas Bar No.: 589236
    1305 East Griffin Parkway
    Mission, Texas 78572
    Tel. (956) 584-1448
    Fax: (956) 584-7402


**CERTIFCATE OF SERVICE**

    I, Carlos A. García, hereby certify that on Thursday, February 14, 2008 a true and correct copy of the above and foregoing Motion for Continuance was forwarded to Brendan R. McGuire Bay in charge of this case, at the U.S. Attorney's Office, SDNY, One St. Andrew's Plaza, New York, New York, 10007.                                                                                                           .


      ___/s/ Carlos A. García_____
      Carlos A. García

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** § | | |
| **Plaintiff** § | | |
| § | | |
| **v.** § | 1:07-cr-00804-SWK | |
| § | | |
| **SILVESTRE RICO BELTRAN,** § | | |
| **Defendant** § | | |

_____

## CERTIFICATE OF CONSULTATION
_____

     I, Carlos A. García, counsel for SILVESTRE RICO BELTRAN, hereby certify that on Thursday, February 14, 2007 my office contacted the Brendan R. McGuire, Assistant United States Attorney in charge of this case and Co-Defendant Cristobal M. Galindo, concerning filing Defendant's Motion for Continuance, consequently Assistant United States Attorney and Attorney Galindo are not opposed.

                                      Respectfully Submitted,

                                      By:___/s/ Carlos A. García_____
                                           Carlos A. García
                                           State Bar No. 24048934
                                           Southern District of Texas Bar No.: 589236
                                           1305 East Griffin Parkway
                                           Mission, Texas 78572
                                           Tel. (956) 584-1448
                                           Fax: (956) 584-7402