IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff** | § § § | |
| **v.** | § § | 1:07-cr-00804-SWK |
| **SILVESTRE RICO BELTRAN,** **Defendant** | § § § | |

_____

ORDER ON DEFENDANT'S
UNOPPOSED MOTION FOR CONTINUANCE
_____

On the _____ day of _____, 2008 came on to be heard Defendant's Unopposed Motion for Continuance, having considered the same, this Court is of the opinion that it should be in all things _____.

**IT IS THEREFORE ORDERED,** that the Hearing date previously set for March 4, 2008 at 3:00 p.m. be moved to the ____ day of _____, 2008 at _____ a.m.

**SIGNED** on this the _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**