

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/08

UNITED STATES OF AMERICA,

-v-

CARLOS PENA ONTIVEROS
SILVESTRE RICO BELTRAN
                        Defendants.

Case No. 07 CR 804 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that all parties appear with counsel for a conference

on **March 12, 2008 at 4:30pm** in the United States Federal Courthouse- 500 Pearl Street, New

York, New York, Courtroom 21C.

The Clerk of the Court shall terminate documents #37 & 38, docketed as "Motion

to Continue" and "Amended motion to continue".

SO ORDERED.

Dated:     February 21, 2008
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE