UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CARLOS PENA ONTIVEROS
SILVESTRE RICO BELTRAN
                    Defendants.

Case No. 07 CR 804 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that all parties appear with counsel for a conference

on **April 18, 2008 at 10:45am** in the United States Federal Courthouse- 500 Pearl Street, New

York, New York, Courtroom 21C.   Because the previously scheduled conference in this matter

was adjourned at the request of defense counsel so as to accommodate defense counsels'

schedule, the time between today and April 18, 2008 is excluded pursuant to 18 USC

3161(h)(8)(A) in the interest of justice.

SO ORDERED.

Dated:      March 26, 2008
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08