IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **V.** | * | 1:07-cr-00804-SWK |
| **SILVESTRE RICO BELTRAN** | * | |

### APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

    Now comes Kelly M. Rivera and hereby files this appearance as attorney for purposes of the scheduling conference set for April 18, 2008, for SILVESTRE RICO BELTRAN, Defendant. SILVESTRE RICO BELTRAN consents to Kelly M. Rivera's appearance for this hearing.

    Respectfully submitted,

By: /s/ Kelly M. Rivera
  Kelly M. Rivera
  Attorney At Law
  State Bar No. 24041785
  Southern District of Texas Bar No.: 24041785
  1305 East Griffin Parkway
  Mission, Texas 78572
  Tel. (956) 584-1448
  Fax: (956) 584-7402