### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **1:07-cr-00804-SWK** |
| | § | |
| **SILVESTRE RICO BELTRAN,** | § | |
| **Defendant** | § | |

---

### MOTION TO REQUEST NOTICE OF RULE 404(b) EVIDENCE

---

TO THE HONORABLE JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

COMES NOW, SILVESTRE RICO BELTRAN, Defendant, by and through his attorney, Carlos A. García, and files this Motion to Request Notice of Rule 404(b) evidence. Pursuant to the Federal Rules of Evidence and would show onto the Court the following:

**I.**

The Defendant is requesting notice of evidence of other crimes, wrongs, or acts which the government may have of the defendant.

**II.**

Rule 404(b) requires the prosecution to provide notice, regardless of how it intends to use the extrinsic act evidence. Because the notice requirement serves as condition precedent to admissibility of 404(b) evidence, the offered evidence is inadmissible if the Court decides that the notice requirements have not been met.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Motion to Request

---

Notice of Rule 404(b) Evidence, be granted.

Respectfully Submitted,

/s/ Carlos A. Garcia _____
Carlos A. Garcia
Attorney- in -charge
State Bar No. 24048934
Southern District of Texas Bar No. 589236
1305 East Griffin Pkwy.
Mission, Texas 78572
Tel.: 956.584.1448
Fax: 956.584.7402

## CERTIFICATE OF SERVICE

I, Carlos A. García, hereby certify that on Monday, July 7, 2008 a true and correct copy of the above and foregoing Motion to Request Notice of Rule 404(b) Evidence was forwarded to Brendan R. McGuire, Attorney in charge of this case, at the United States Attorney's Office, Southern District of New York, One St. Andrew's Plaza, New York, New York, 10007.

___/s/_Carlos A. García_____
Carlos A. García

## CERTIFICATE OF CONFERENCE

I, Carlos A. Garcia, hereby certify that on July 1, 2008, the undersigned counsel conferred with Brendan R. McGuire, the Assistant United States Attorney in charge of this case and he was unopposed.

/s/ Carlos A. Garcia_____
Carlos A. Garcia