IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | 1:07-cr-00804-SWK |
| | § | |
| **SILVESTRE RICO BELTRAN,** | § | |
| **Defendant** | § | |

**O R D E R**

On the ____ day of _____, 2008 came on to be heard Defendant's Motion Request Notice of Rule 404(b) Evidence, having considered the same, this Court is of the opinion that it should be in all things _____.

SIGNED on this the _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE