IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** § | | |
| **Plaintiff** § | | |
| § | | |
| v. § | 1:07-cr-00804-SWK | |
| § | | |
| **SILVESTRE RICO BELTRAN,** § | | |
| **Defendant** § | | |

**O R D E R**

CAME ON TO BE CONSIDERED Defendant, SILVESTRE RICO BELTRAN'S, Motion for Production of Witnesses Statements. Having considered the Motion, authorities and arguments of counsel, it is hereby _____ and the Government is ordered to produce the prior statement of any witness whether signed by the witness or not, whether it is an actual statement or summary thereof, and whether or not it is written or electronically recorded. Such statements are to be provided to defense counsel at least ____ days prior to the commencement of trial.

It is so ORDERED.

SIGNED on _____, 2008.

_____
UNITED STATES DISTRICT JUDGE