IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | 1:07-cr-00804-SWK |
| | § | |
| **SILVESTRE RICO BELTRAN,** | § | |
| **Defendant** | § | |

_____

**ORDER GRANTING MOTION FOR DISCOVERY REGARDING SPECIAL CONSIDERATION GRANTED TO GOVERNMENT WITNESSES**
_____

On this the ___ day of _____, 2008, the foregoing Motion for Discovery Regarding Special Consideration Granted To Government Witnesses having been presented and heard by the Court, it is hereby ORDERED that relief requested for be and the same is hereby {GRANTED} \ {DENIED}.

_____
UNITED STATED DISTRICT JUDGE

_____