IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** § | | |
| **Plaintiff** § | | |
| § | | |
| **v.** § | 1:07-cr-00804-SWK | |
| § | | |
| **SILVESTRE RICO BELTRAN,** § | | |
| **Defendant** § | | |

**ORDER ON DEFENDANT SILVESTRE RICO BELTRAN'S
MOTION FOR A WITNESS LIST**

Defendant SILVESTRE RICO BELTRAN'S Motion for a Witness List is hereby:

_____   GRANTED

_____   DENIED

Signed _____.

_____
**UNITED STATES DISTRICT JUDGE**