IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | §<br>§<br>§ | |
| v. | § | 1:07-cr-00804-SWK |
| | § | |
| SILVESTRE RICO BELTRAN,<br>Defendant | §<br>§<br>§ | |

**O R D E R**

CAME ON TO BE CONSIDERED Defendant, SILVESTRE RICO BELTRAN'S, Motion For Evidence Favorable to the Defendant. Having considered the motion, authorities and argument of counsel it is hereby:

(GRANTED, and the Government is ordered to provide defense counsel any evidence that is exculpatory or favorable to the Defendant or that could lead to evidence that is exculpatory or favorable to the Defendant, on or before _____, 2008.)

(DENIED, to which the Defendant duly excepts).

IT IS SO ORDERED.

SIGNED on _____, 2008

_____
**UNITED STATES DISTRICT JUDGE**