IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff** | § § § | |
| **v.** | § § | 1:07-cr-00804-SWK |
| **SILVESTRE RICO BELTRAN,** **Defendant** | § § § | |

_____

## ORDER
_____

**BE IT REMEMBERED** that on this _____ day of _____, 2008 came on to be heard Defendant's Motion for Discovery and Inspection of Evidence that the Court having considered same is of the same of that said Motion is hereby:

**GRANTED** _____          **DENIED** _____

**SIGNED AND ENTERED** on this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**