IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** § | | |
| **Plaintiff** § | | |
| § | | |
| v. § | 1:07-cr-00804-SWK | |
| § | | |
| **SILVESTRE RICO BELTRAN,** § | | |
| **Defendant** § | | |

## ORDER ON MOTION AND MEMORANDUM TO
## REQUIRE PRODUCTION OF CONFIDENTIAL INFORMER

  On this the ___ day of _____, 2008, came on to be heard the Defendant's Motion and Memorandum to Require Production of Confidential Informer and the Court having heard evidence thereon and enters the following order:

  IT IS ORDERED, ADJUDGED AND DECREED by the Court that the Government (IS) (IS NOT) to immediately produce the confidential informers to the Defendant, as the testimony of the confidential informers (IS) (IS NOT) relevant and material to the issue of the defendant's guilt or innocence, the testimony of the confidential informers (IS) (IS NOT) relevant and material to the Defendant's punishment, in the event the Defendant is found guilty, and the testimony of the confidential informers (IS) (IS NOT) relevant to the issue of the presence or absence of probable cause, giving rise to the arrest of the Defendant.

  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States Attorney in the charge of the instant cause

_____  (SHALL PRODUCE THE INFORMERS FOR INTERVIEW BY COUNSEL
       BY THE DEFENDANT)

_____  (IS NOT REQUIRED TO PRODUCE THE INFORMERS FOR INTERVIEW BY
       COUNSEL FOR THE DEFENDANT).

  ENTERED this the ____ day of _____, 2008.


                  _____
                  **UNITED STATES DISTRICT JUDGE**