

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

July 9, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

**BY FAX - WITH PERMISSION**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

Re:   *United States v. Silvestre Rico Beltran*, 07 Cr. 804 (RJS)

Dear Judge Sullivan:

    As the Court is aware, the trial in the above matter is scheduled to begin on July 29, 2008, and the Court previously directed both parties to file their respective in limine motions by July 11, 2008. Because of recent developments that may significantly impact the Government's motion, the Government respectfully requests a brief extension to July 14, 2008 to file its in limine motion. I have spoken to Mr. Garcia, counsel for the defendant, and he advised me that he has no objection to the Government's request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Richard Tarlowe*
Richard C. Tarlowe
Assistant United States Attorney
212-637-2330

cc:  Carlos A. Garcia, Esq.

SO ORDERED
Dated: 7/9/08

RICHARD J. SULLIVAN
U.S.D.J.