# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** § | | |
| **Plaintiff** § | | |
| § | | |
| **v.** § | 1:07-cr-00804-SWK | |
| § | | |
| **SILVESTRE RICO BELTRAN,** § | | |
| **Defendant** § | | |

## O R D E R

On this date came on to be considered Defendant's Motion in Limine, and the Court having considered the same, is of the opinion that the evidence is substantially outweighed by its danger of unfairly prejudicing the jury. Accordingly, such extrinsic offense evidence is INADMISSIBLE.

So ORDERED on this the _____ day of _____, 2008.

_____
United States District Judge