**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **V.** | * | **1:07-cr-00804-RJS** |
| **SILVESTRE RICO BELTRAN** | * | |

**O R D E R**

On this date came on to be considered the Defendant's Supplemental Motion In Limine, and the Court having considered the premises is of the opinion that the same should be and is hereby GRANTED.  It is therefore ORDERED that a pre-trial hearing, pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), to determine the admissibility of Agent Matthew G. Donahue's testimony, is scheduled for the 29th of July, 2008.

It is further ORDERED that any expert testimony or evidence not reflected in the notice and summary that the Government provided to the defense on July 21, 2008, should be excluded from evidence in the trial of this cause.

_____
UNITED STATES DISTRICT JUDGE