**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **V.** | * | **1:07-cr-00804-RJS** |
| **SILVESTRE RICO BELTRAN** | * | |

**DEFENDANT'S MOTION TO ORDER UNITED STATES MARSHALLS AND/OR THE METROPOLITAN CORRECTIONAL CENTER TO ALLOW DEFENDANT TO RECEIVE AND WEAR CIVILIAN CLOTHING**

NOW COMES Defendant, SILVESTRE RICO BELTRAN, by and through his undersigned attorney, and respectfully moves this Court to order United States Marshalls and/or the Metropolitan Correctional Center to allow Silvestre Rico Beltran to receive and wear his civilian clothing to court during his trial.

Respectfully submitted,

By: __/s/ Carlos A. Garcia_____
    Carlos A. García
    Attorney-in-charge
    State Bar No. 24048934
    Southern District of Texas Bar No.: 589236
    1305 East Griffin Parkway
    Mission, Texas 78572
    Tel. (956) 584-1448
    Fax: (956) 584-7402

## **CERTIFICATE OF SERVICE**

I, Carlos A. García, hereby certify that on the 29th day of July, 2008, a copy of the foregoing Defendant's Motion was electronically filed with the clerk of the court using CM/EFC system, which will send notification of such filing to all counsel of record.

                                                /s/Carlos A. García_____
                                                Carlos A. García