IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **V.** | * | 1:07-cr-00804-RJS |
| **SILVESTRE RICO BELTRAN** | * | |

**O R D E R**

On this date came on to be considered the Defendant's Motion to Order United States Marshalls and/or the Metropolitan Correctional Center to allow Defendant to receive and wear Civilian Clothing and the Court having considered the premises is of the opinion that the same should be and is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE